IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20661
Summary Calendar
_____

In Re:  Request for International Judicial Assistance
From the Amtsgericht Karlsruhe, Germany,
In the Matter of Ronald Townsend,

Plaintiff,

versus

RONALD TOWNSEND,

Defendant-Appellant,

UNITED STATES OF AMERICA,

Movant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-MC-79
--------------------
February 22, 2000

Before DAVIS, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[1]

    Ronald Townsend appeals from the district court's denial of his appeal from the order of the magistrate judge, acting as commissioner, which compelled Townsend to comply with the requested discovery from the Amtsgericht Karlsruhe, Federal Republic of Germany.  See 28 U.S.C. § 1782.

    We have carefully reviewed the arguments on appeal and the appellate record.  We find no abuse of the district court's discretion pursuant to § 1782.  See In re Euromepa, S.A., 154 F.3d 24, 29-30 (2d Cir. 1998).

    AFFIRMED.

_____

    [1]  Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.